### CRIPS v. CRAIG.

Supreme Court. New Castle. November, 1794.

*Bayard's Notebook, 84.*

Upon the plaintiff's proceeding to prove a special loss and the defendant's objecting to such proof, it was ruled by the Court that the plaintiff might give evidence generally of damage but could not be allowed to prove particular instances of loss.

*Johns* and *Levy* for plaintiff. *Bedford* and *Bayard* for defendant.